**STATE of Missouri, Respondent,**

v.

**Frank R. ROBY, III, Appellant.**

**WD 79224**

Missouri Court of Appeals, Western District.

Filed: December 27, 2016

S. Kate Webber, Kansas City for appellant.

Nathan J. Aquino, Jefferson City for respondent.

Before Division Two: Lisa White Hardwick, Presiding Judge, Karen King Mitchell and Anthony Rex Gabbert, Judges

### ORDER

Per Curiam

Frank Roby, III, appeals from his convictions for first-degree statutory sodomy with a person less than 12 years old and attempted statutory rape with a person less than 12 years old. He contends the circuit court plainly erred in admitting a forensic interviewer's expert testimony. Upon review of the briefs and the record, we find no error and affirm the convictions. We have provided the parties with a Memorandum explaining the reasons for our decision, because a published opinion would serve no jurisprudential purpose.

AFFIRMED. Rule 30.25(b).